Opinion by Keefe, J. At the trial it was stipulated that the merchandise in question consists of cylindrical and tubular tanks or vessels and that they are the same in all material respects as those passed upon in *Atlas Marine Supply Co.* v. *United States* (29 C. C. P. A. 20, C. A. D. 165). In accordance therewith the drums in question were held entitled to free entry under section 309(a), Tariff Act of 1930, as amended by section 5(a), Customs Administrative Act of 1938, as claimed.

**No. 47104.**—Protest 956449–G of W. B. Dick & Co., Ltd. (Los Angeles).

Opinion by Keefe, J. At the trial it was stipulated that the merchandise in question consists of cylindrical and tubular tanks or vessels and that they are the same in all material respects as those passed upon in *Atlas Marine Supply Co.* v. *United States* (29 C. C. P. A. 20, C. A. D. 165). In accordance therewith the drums in question were held entitled to free entry under section 309(a), Tariff Act of 1930, as amended by section 5(a), Customs Administrative Act of 1938, as claimed.

**No. 47105.**—Protest 955280–G of Atlas Marine Supply Co. (Los Angeles).

Opinion by Keefe, J. At the trial it was stipulated that the merchandise in question consists of cylindrical and tubular tanks or vessels and that they are the same in all material respects as those passed upon in *Atlas Marine Supply Co.* v. *United States* (29 C. C. P. A. 20, C. A. D. 165). In accordance therewith the drums in question were held entitled to free entry under section 309 (a), Tariff Act of 1930, as amended by section 5 (a), Customs Administrative Act of 1938, as claimed.

**No. 47106.**—Protest 78761–K of Harbor Ship Supply Co. (Los Angeles).

Opinion by Keefe, J. At the trial it was stipulated that the merchandise in question consists of cylindrical and tubular tanks or vessels and that they are the same in all material respects as those passed upon in *Atlas Marine Supply Co.* v. *United States* (29 C. C. P. A. 20, C. A. D. 165). In accordance therewith the drums in question were held entitled to free entry under section 309 (a), Tariff Act of 1930, as amended by section 5 (a), Customs Administrative Act of 1938, as claimed.

**No. 47107.**—Protest 68951–K of Harbor Ship Supply Co. (Los Angeles).

Opinion by Keefe, J. At the trial it was stipulated that the merchandise in question consists of cylindrical and tubular tanks or vessels and that they are the same in all material respects as those passed upon in *Atlas Marine Supply*